PER CURIAM.

(No. 74-CC-166—Claimant )

AID TO RETARDED CHILDREN, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 8, 1974.*

AID TO RETARDED CHILDREN, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.